LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
11332 Mountain View Ave., Suite C
Loma Linda, California 92354
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RANDY GREEN, | No. EDCV 09-1757 RNB |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($2,900.00) subject to the terms of the stipulation.

DATE: August 9, 2010    _____

HON. ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

-1-